UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CYNTHIA LAVOIE and<br>NEW LONDON COUNTY MUTUAL INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No.: 1:13-CV-10650-RWZ |

## **STIPULATION AS TO DAMAGES**

Now come the parties to the above-captioned action and stipulate and agree that damages resulting from the fire of April 25, 2012 are in the amount of $500,000, exclusive of any potential post judgment interest.

Respectfully submitted,

| Plaintiff, | Defendants, |
|---|---|
| CITIZENS INSURANCE COMPANY | CYNTHIA LAVOIE and |
| OF AMERICA | NEW LONDON COUNTY MUTUAL |
| By its Attorney, | INSURANCE COMPANY, |
|  | By their Attorney, |
|  |  |
| */s/ R. Victoria Fuller* | */s/ William F. Burke* |
| Brian Tetro, *pro hac vice* | William F. Burke, BBO#065780 |
| R. Victoria Fuller, BBO 666491 | PRINCE LOBEL TYE LLP |
| WHITE AND WILLIAMS LLP | 100 Cambridge Street |
| 99 Summer Street – Suite 1530 | Boston, MA 02114 |
| Boston, MA 02110 | T:    617-456.8000 |
| T:    617-748-5211 | F:    617-456-8100 |
| F:    617-748-5245 | E:    wburke@princelobel.com |
| E:    fullerv@whiteandwilliams.com |  |

Dated: July 22, 2015

1

## **CERTIFICATE OF SERVICE**

      I, R. Victoria Fuller, hereby certify that this document was filed through the Court's ECF System on July 22, 2015 and will be sent electronically to all counsel of record on the Notice of Electronic Filing (NEF).

                /s/ *R. Victoria Fuller*
                R. Victoria Fuller

15681846v.1