# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA as subrogee of JEFFREY SWEENEY, <br><br> Plaintiff, <br><br> v. <br><br> CYNTHIA LAVOIE and <br> NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No.: 1:13-CV-10650-RWZ <br> : <br> : <br> : <br> : <br> : <br> : |

## PLAINTIFF'S PROPOSED VOIR DIRE

1. The right to a trial by jury has gone back over 200 years and is the foundation of our great legal system. I want to thank you in advance for your service in helping us resolve a matter that involves a residential fire that occurred at the residential property owned by Jeffrey and Corisa Sweeney. Plaintiff alleges that the fire was caused by the negligent and careless discarding of smoking materials by Defendant Cynthia Lavoie. As a result of the fire, Plaintiff paid insurance proceeds to its insureds, Jeffrey and Corisa Sweeney, which it now seeks from Defendants for Ms. Lavoie's negligently causing the fire.

2. The jury selection process is not the time where the parties put on their case. So I will not be going into any detail about what this case is about.

3. I am going to give you the most basic information about the case so we can find out whether or not you know anyone involved in this case, whether it be one of the attorneys,

parties or witnesses, and also whether there is anything in your background or life experiences that would make you unsuitable to be a juror in this case.

4. With this limited information about the case, I am going to ask you some general questions to help us make sure that the parties get a fair trial, but also to make sure that as jurors you are not put into a position where, because of some personal belief, or other preconceived view, you cannot fulfill you oath as jurors to consider and weigh the evidence fairly, and decide the case based on the evidence presented at trial and the legal instructions from the Court.

5. It is extremely important that you be as candid as you can in answering the questions the attorneys ask and I certainly will be respectful of your privacy and not be too invasive. If any of my questions do make you feel uncomfortable, please let me know because that is not my intention.

6. Have you or any member of your immediate family ever been a client of Plaintiffs' attorneys, Brian Tetro, Victoria Fuller, or the law firm of White and Williams LLP?

7. Are you related to or personally acquainted with client of Plaintiffs' attorneys, Brian Tetro, Victoria Fuller, or the law firm of White and Williams LLP?

8. Have you or any member of your immediately family ever been a client of Defendant's attorneys, William Burke, Heather Gamache, Cailin Burke, or the law firm of Prince, Lobel Tye LLP?

9. Are you related to or personally acquainted with Defendant's attorneys, William Burke, Heather Gamache, Cailin Burke, or the law firm of Prince, Lobel Tye LLP?

10. Are you familiar with Defendant, Cynthia Lavoie?

11. Do you or any of your immediate family members know any of the following persons who may be called as witnesses in this trial:

15661033v.1

        i.     Thomas Ferraro
        ii.    Josh Gillis
        iii.   Robert Corry
        iv.   Michael Driscoll
        v.    Eric Aubrey
        vi.   Cynthia Lavoie
        vii.  Jeffrey Sweeney
        viii. Corisa Sweeney

12. Do you have any kind of insurance with Hanover Insurance?

13. Have you ever filed claims with Hanover Insurance?

14. Have you ever been unhappy with Hanover Insurance's services?

15. Do you have any general or specific issues with insurance companies?

16. Do you have any biases against insurance companies or have any problem whatsoever in awarding it/them money in a lawsuit?

17. Have you or any of your immediate family members ever been employed by an insurance company?

18. Have you or any member of your family ever experienced a fire?

19. Are any of you a smoker?

20. Have any of you been smokers in the past but no longer smoke today?

21. Do you have any preconceived notions, prejudices or feelings about people who bring lawsuits or make claims for damages they have sustained arising out of someone else's negligent conduct?

22. Do any of you feel that all plaintiff's lawsuits are frivolous?

[Signature block on following page.]

-4-

Respectfully submitted,

Citizens Insurance Company of America a/s/o Jeffrey Sweeney,

By its attorneys,

_____
Brian E. Tetro, Esquire
Attorney ID No. 83630
R. Victoria Fuller, BBO 666494
WHITE AND WILLIAMS LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103-7395
99 Summer Street, Suite 1530
Boston, MA 02110
617-748-5200
tetrob@whiteandwilliams.com
fullerv@whiteandwilliams.com

**CERTIFICATE OF SERVICE**

I, R. Victoria Fuller, hereby certify that this document was filed through the Court's ECF system on July 22, 2015, and will be sent electronically to all counsel of record on the Notice of Electronic Filing (NEF).

/s/ _____
R. Victoria Fuller

15661033v.1